# Third District Court of Appeal

## State of Florida

Opinion filed March 15, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-666
Lower Tribunal No. 21-9231
_____

**Alexandru Chihaia,**
Appellant,

vs.

**Go Giveaways LLC, et al.,**
Appellees.

An Appeal from the Circuit Court for Miami-Dade County, Michael A. Hanzman, Judge.

Practus LLP, and Bogdan Enica, for appellant.

Brodsky Fotiu-Wojtowicz, PLLC, and Joshua Truppman, for appellees.

Before SCALES, HENDON and BOKOR, JJ.

PER CURIAM.

Affirmed.